# Third District Court of Appeal

## State of Florida

Opinion filed March 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2298
Lower Tribunal No. 17-19295
_____

**Hilda Inclan,**
Appellant,

vs.

**Wells Fargo Bank, N.A., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jennifer D. Bailey, Judge.

Hilda Inclan, in proper person.

Greenberg Traurig, P.A., Kimberly S. Mello, and Linda M. Reck (Orlando), for appellee.

Before FERNANDEZ, HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed.